UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No.  3:25-CR-0076** |
| **Plaintiff,** | : | |
| | : | **Judge Michael J. Newman** |
| **v.** | : | |
| | : | |
| **ANDRE JORDAN II,** | : | |
| | : | |
| **Defendant.** | : | |

---

### JOINT MOTION FOR CHANGE OF PLEA HEARING

---

Plaintiff, United States of America, and Defendant, ANDRE JORDAN II, through counsel, jointly move this Court to set a change of plea hearing in the above-captioned case. The parties therefore also request that the Court vacate the previously scheduled trial date of April 29, 2026.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/F. Arthur Mullins
F. ARTHUR MULLINS
Attorney for Defendant
Office of the Federal Public Defender
1 South Main Street, Suite 490
Dayton, Ohio 45402
Office: (937) 225-7687
E-mail: Art_Mullins@fd.org

s/Elizabeth L. McCormick
ELIZABETH L. MCCORMICK
Assistant U.S. Attorney
U.S. Attorney's Office, SDOH
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
E-mail: elizabeth.mccormick@usdoj.gov

1