UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANDRE JORDAN, II,

      Defendant.

Case No. 3:25-cr-76

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 31); (2) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 27); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 2 AND COUNT 3 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 31), recommending that the Court accept Defendant's guilty plea.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' unopposed, joint motion to change plea (Doc. No. 27) is **GRANTED**.  The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 2 and Count 3 of the Indictment, which charges him with attempted murder of federal officers, in violation of 18 U.S.C. §§ 1114(a)(3), 1113, and 1111, and with using, carrying, and discharging a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A).  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

May 15, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge